JANET S. BAER

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WIATROWSKA, JOLANTA | § | Case No. 14-22453 |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/16/2014. The undersigned trustee was appointed on 06/16/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 5,500.00 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 80.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| | |
| Leaving a balance on hand of[1]    $ | 5,420.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/10/2014 and the deadline for filing governmental claims was 11/10/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,300.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,300.00 , for a total compensation of $ 1,300.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/22/2015              By: /s/PHILIP V. MARTINO
                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 14-22453 JSB Judge: JANET S. BAER | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | WIATROWSKA, JOLANTA | Date Filed (f) or Converted (c): | 06/16/14 (f) |
| | | 341(a) Meeting Date: | 08/06/14 |
| For Period Ending: | 07/22/15 | Claims Bar Date: | 11/10/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6348 WASHINGTON CHICAGO RIDGE IL 60415 | 35.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND | 200.00 | 0.00 | | 0.00 | FA |
| 3. TCF CHECKING #7282 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. GENERAL ITEMS OF HOUSEHOLD GOODS AND FURNISHINGS | 200.00 | 0.00 | | 0.00 | FA |
| 5. GENERAL ITEMS OF WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 6. 2010 TOYOTA COROLLA 50K MILES, BODY DAMAGE  Debtor is making 11 payments of $500 each. Final Payment due August 2015 | 4,500.00 | 5,500.00 | | 5,500.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $6,135.00 | $5,500.00 | | $5,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/31/15     Current Projected Date of Final Report (TFR): 03/31/16

/s/    PHILIP V. MARTINO
_____   Date: 07/22/15
PHILIP V. MARTINO

LFORM1    UST Form 101-7-TFR (5/1/2011) *(Page: 3)*    Ver: 18.05

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 14-22453 -JSB | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | WIATROWSKA, JOLANTA | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9978 Checking Account |
| Taxpayer ID No: | *******3224 | | |
| For Period Ending: | 07/22/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 09/26/14 | 6 | Jolanta Wiatrowska Money Order | First Payment for Totoya Corolla | 1129-000 | 500.00 | | 500.00 |
| C 10/21/14 | 6 | Jolanta Wiatrowska Helena Wiatrowska | Payment | 1129-000 | 500.00 | | 1,000.00 |
| C 11/12/14 | 6 | Jolanta and Helena Wiatrowska | Payment on Vehicle | 1129-000 | 500.00 | | 1,500.00 |
| C 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,490.00 |
| C 12/11/14 | 6 | Postal Money Order Jolanta Wiatrowska | Payment for Corolla | 1129-000 | 500.00 | | 1,990.00 |
| C 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,980.00 |
| C 01/13/15 | 6 | Jolanta and Helena Wiatrowska | Payment on Vehicles | 1129-000 | 500.00 | | 2,480.00 |
| C 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,470.00 |
| C 02/13/15 | 6 | Jolanta Wiatrowska | Payment on Vehicles | 1129-000 | 500.00 | | 2,970.00 |
| C 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,960.00 |
| C 03/18/15 | 6 | Jolanta Wiatrowska Money Order | Payment for Corolla | 1129-000 | 500.00 | | 3,460.00 |
| C 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,450.00 |
| C 04/16/15 | 6 | Jolanta Wiatrowska | Payment on Vehicle | 1129-000 | 500.00 | | 3,950.00 |
| C 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,940.00 |
| C 05/11/15 | 6 | Jolanta Wiatrowska Helena Wiatrowska | Payment on Vehicle | 1129-000 | 500.00 | | 4,440.00 |
| C 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,430.00 |
| C 06/09/15 | 6 | Jolanta Wiatrowska Helena Wiatrowska | Payment on Vehicle | 1129-000 | 500.00 | | 4,930.00 |
| C 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,920.00 |
| C 07/10/15 | 6 | Jolanta Wiatrowska Helena Wiatrowska | Final Payment | 1129-000 | 500.00 | | 5,420.00 |

Page Subtotals     5,500.00     80.00

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 18.05

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 14-22453 -JSB |
| Case Name: | WIATROWSKA, JOLANTA |
| Taxpayer ID No: | *******3224 |
| For Period Ending: | 07/22/15 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9978  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

* Reversed
t Funds Transfer
C Bank Cleared

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 5,500.00 | 80.00 | 5,420.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,500.00 | 80.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,500.00 | 80.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******9978 | 5,500.00 | 80.00 | 5,420.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 5,500.00 | 80.00 | 5,420.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 18.05

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: July 22, 2015 |

Case Number: 14-22453  
Debtor Name: WIATROWSKA, JOLANTA

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | QUARLES & BRADY LLP | Administrative | | $2,686.50 | $0.00 | $2,686.50 |
| 001 2100-00 | Philip V. Martino, Trustee | Administrative | | $1,300.00 | $0.00 | $1,300.00 |
| 000001 070 7100-00 | CERASTES, LLC<br>C O WEINSTEIN, PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $12,238.34 | $0.00 | $12,238.34 |
| 000002 070 7100-00 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $11,280.24 | $0.00 | $11,280.24 |
| 000003 070 7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $17,792.76 | $0.00 | $17,792.76 |
| 000004 070 7100-00 | PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Unsecured | | $11,220.84 | $0.00 | $11,220.84 |
| 000005 070 7100-00 | Premier Bankcard/Charter<br>PO Box 2208<br>Vacaville, CA 95696 | Unsecured | | $869.36 | $0.00 | $869.36 |
| 000006 070 7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $5,174.71 | $0.00 | $5,174.71 |
| 000007 070 7100-00 | PYOD, LLC its successors and assigns as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $8,124.33 | $0.00 | $8,124.33 |
| 000008 070 7100-00 | PYOD, LLC its successors and assigns as<br>assignee<br>of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $848.88 | $0.00 | $848.88 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 22, 2015 |

Case Number:   14-22453  
Debtor Name:   WIATROWSKA, JOLANTA

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000009 070 7100-00 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $1,056.25 | $0.00 | $1,056.25 |
| | Case Totals: | | | $72,592.21 | $0.00 | $72,592.21 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-22453
Case Name: WIATROWSKA, JOLANTA
Trustee Name: PHILIP V. MARTINO

| | | |
|---|---|---|
| Balance on hand | $ | 5,420.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 1,300.00 | $ 0.00 | $ 1,300.00 |
| Attorney for Trustee Fees: QUARLES & BRADY LLP | $ 2,500.00 | $ 0.00 | $ 2,500.00 |
| Attorney for Trustee Expenses: QUARLES & BRADY LLP | $ 186.50 | $ 0.00 | $ 186.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 3,986.50 |
| Remaining Balance | $ 1,433.50 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,605.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CERASTES, LLC | $ 12,238.34 | $ 0.00 | $ 255.72 |
| 000002 | Quantum3 Group LLC as agent for | $ 11,280.24 | $ 0.00 | $ 235.70 |
| 000003 | Capital One Bank (USA), N.A. | $ 17,792.76 | $ 0.00 | $ 371.78 |
| 000004 | PNC BANK N.A. | $ 11,220.84 | $ 0.00 | $ 234.45 |
| 000005 | Premier Bankcard/Charter | $ 869.36 | $ 0.00 | $ 18.17 |
| 000006 | Capital Recovery V, LLC | $ 5,174.71 | $ 0.00 | $ 108.12 |
| 000007 | PYOD, LLC its successors and assigns as | $ 8,124.33 | $ 0.00 | $ 169.76 |
| 000008 | PYOD, LLC its successors and assigns as | $ 848.88 | $ 0.00 | $ 17.73 |
| 000009 | Synchrony Bank | $ 1,056.25 | $ 0.00 | $ 22.07 |

Total to be paid to timely general unsecured creditors  $              1,433.50

Remaining Balance  $                  0.00

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE