UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| JOLANTA WIATROWSKA | ) | |
| | ) | Case No. 14-22453 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION FOR QUARLES & BRADY LLP,
ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE
BANKRUPTCY ESTATE OF JOLANTA WIATROWSKA**

Trustee, Philip V. Martino, pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing payment by Trustee to Quarles & Brady LLP ("**Q&B**"), attorneys for Trustee, of compensation of $2,500.00 for 8.1 hours of legal services rendered to Trustee (including 1 hour of estimated time to finalize and present this Application) from August 6, 2014, to the present. In addition, Q&B requests reimbursement for necessary costs in the amount of $186.50.

In support of this Final Application, Trustee states as follows:

### I. COMMENCEMENT OF PROCEEDING

1. On June 16, 2014, Debtor filed a chapter 7 petition to initiate the above-captioned bankruptcy case, and Philip V. Martino was appointed Trustee.

2. The 341 meeting was held on August 6, 2014.

3. Trustee filed his initial report of assets on August 7, 2014.

4. Debtor's Schedule B listed a vehicle with value that would benefit the unsecured creditors.

5. On September 16, 2014, this Court entered an Order granting Trustee's motion to retain Quarles & Brady LLP as his attorney, retroactive to August 6, 2014.

6. All professional services for which compensation is requested herein were performed by Q&B and on behalf of Trustee and not for or on behalf of any creditor or any other person. Trustee separately accounts for his services as Trustee herein, and requests interim compensation for those services under separate application.

## NATURE OF LEGAL SERVICES PERFORMED BY QUARLES & BRADY LLP

7. Q&B has served as counsel for the Trustee at all times in these proceedings since its appointment on August 6, 2014. Q&B has devoted its time to legal matters in this case, including the following:

### A. EMPLOYMENT OF PROFESSIONAL PERSONS

8. Q&B drafted and presented the motion to retain Q&B as Trustee's General Counsel and prepared this motion for fees and costs. In connection with the foregoing, Q&B expended 2.3 hours (including 1 hour of estimated time to prepare and finalize this fee application and attend court regarding same) for which it requests compensation of $914.50. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | 1.0 |
| Sarah K. Baker | .3 |
| Colleen A. Greer | 1.0 |

### B. ASSETS

9. Per Debtor's Schedule B, Debtor indicated that she owned a 2010 Toyota Corolla (the "**Corolla**").

2

QB\35852574.1

10. On September 16, 2014, this Court entered an order (the "**Sale Order**") authorizing the sale of the Corolla to Debtor for $10,000, less Debtor's $4,500 exemption, for a total to the estate of $5,500.

11. In connection with the foregoing, Q&B expended 5.8 hours for which it requests compensation of $2,022.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Sarah K. Baker | 5.3 |
| Colleen A. Greer | .5 |

## II. STATEMENT OF LEGAL SERVICES AND EXPENSES

12. Since August 6, 2014, Q&B has devoted 8.1 hours (including 1 hour of estimated time) to represent the Trustee, and has provided this estate with actual and necessary legal services worth $2,936.50, which Q&B will reduce to $2,500.00 to increase the dividend to unsecured creditors.

13. In addition, Q&B requests reimbursement for necessary costs in the amount of $186.50 for photocopy charges ($.10 per page) and filing fees incurred for the motion to sell the Corolla.

14. Attached as **Exhibit B** is a biographical sketch (including billing rates) of the Q&B personnel who performed services on this matter during the term of this Application.

15. Attached as **Exhibit C** is Philip Martino's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

A. Authorizing payment to Q&B compensation in this bankruptcy proceeding in the amount of $2,500.00 for actual, necessary and valuable professional services rendered;

3

QB\35852574.1

    B.    Authorizing reimbursement of actual and necessary costs of $186.50; and

    C.    For such other and further relief as this Court may deem equitable and just.

Respectfully submitted,

By: /s/Philip V. Martino
       Trustee
Philip V. Martino
Sarah K. Baker
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654
(312) 715-5000

4

QB\35852574.1



101 East Kennedy Boulevard  Attorneys at Law in:
Suite 3400  Chicago, Illinois
Tampa, FL 33602-5195  Indianapolis, Indiana
Tel. 414.277.5000  Madison and Milwaukee, Wisconsin
Fax 414.271.3552  Naples and Tampa, Florida
www.quarles.com  Phoenix and Tucson, Arizona
 Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:   2073855
Invoice Date:     July 22, 2015

Privileged & Confidential

Philip V. Martino, Trustee for Ch. 7 Bankruptcy
Quarles & Brady LLP
300 N LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through July 15, 2015
Re: Professional Retention
Q & B Matter Number: 155696.00003

|  |  |  |
|---|---|---|
| Current Fees: | $ | 284.50 |
| Current Total Due: | $ | 284.50 |
| **TOTAL AMOUNT DUE:** | **$** | **284.50** |

EXHIBIT A(1)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino, Trustee for Ch. 7 Bankruptcy Jolanta Wiatrowska  July 22, 2015
RE: Professional Retention  Invoice Number: 2073855
Q & B Matter Number: 155696.00003  Page 2

| *Date* | *Description* | *Professional* | *Hours* |
|---|---|---|---|
| 08/07/14 | Prepare draft of motion to employ Quarles & Brady as attorney for Trustee (.5). | CGREER | 0.50 |
| 08/11/14 | Review and revise Motion to Retain Counsel. | SBAKER | 0.30 |
| 07/15/15 | Prepare draft of final fee application in Wiatrowska. | CGREER | 0.50 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| SBAKER | Sarah K. Baker | 0.30 | 365.00 | 109.50 |
| CGREER | Colleen A. Greer | 1.00 | 175.00 | 175.00 |
| Total | | 1.30 | | 284.50 |

Total Fees: $ 284.50



101 East Kennedy Boulevard  
Suite 3400  
Tampa, FL 33602-5195  
Tel. 414.277.5000  
Fax 414.271.3552  
www.quarles.com

Attorneys at Law in:  
Chicago, Illinois  
Indianapolis, Indiana  
Madison and Milwaukee, Wisconsin  
Naples and Tampa, Florida  
Phoenix and Tucson, Arizona  
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:   2073854  
Invoice Date:     July 22, 2015

Privileged & Confidential

Philip V. Martino, Trustee for Ch. 7 Bankruptcy  
Quarles & Brady LLP  
300 N LaSalle Street, Suite 4000  
Chicago, IL 60654

For Professional Services Rendered Through June 30, 2015  
Re: Assets  
Q & B Matter Number: 155696.00005

| | |
|---|---|
| Current Fees: | $     2,022.00 |
| Current Total Due: | $     2,022.00 |
| **TOTAL AMOUNT DUE:** | **$     2,022.00** |

EXHIBIT A(2)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino, Trustee for Ch. 7 Bankruptcy Jolanta Wiatrowska
RE: Assets
Q & B Matter Number: 155696.00005

July 22, 2015
Invoice Number: 2073854
Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 08/07/14 | Prepare draft of motion to sell estate interest in Vehicle (.5). | CGREER | 0.50 |
| 08/11/14 | Review and revise Motion to Sell Vehicle. | SBAKER | 0.50 |
| 09/02/14 | Telephone call with P. Martino regarding settlement motion. | SBAKER | 0.10 |
| 09/02/14 | TElephone call with C. Greer regarding settlement motion. | SBAKER | 0.20 |
| 09/05/14 | Revise settlement motion. | SBAKER | 1.50 |
| 09/08/14 | Revise settlement motion. | SBAKER | 2.00 |
| 09/16/14 | Attend hearing on Motion to Sell Vehicle. | SBAKER | 1.00 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| SBAKER | Sarah K. Baker | 5.30 | 365.00 | 1,934.50 |
| CGREER | Colleen A. Greer | 0.50 | 175.00 | 87.50 |
| Total | | 5.80 | | 2,022.00 |

Total Fees: $ 2,022.00



001 East Kennedy Boulevard  
Suite 3400  
Tampa, FL 33602-5195  
Tel. 414.277.5000  
Fax 414.271.3552  
www.quarles.com

Attorneys at Law in:  
Chicago, Illinois  
Indianapolis, Indiana  
Madison and Milwaukee, Wisconsin  
Naples and Tampa, Florida  
Phoenix and Tucson, Arizona  
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number: 2073853  
Invoice Date: July 22, 2015

Privileged & Confidential

Philip V. Martino, Trustee for Ch. 7 Bankruptcy  
Quarles & Brady LLP  
300 N LaSalle Street, Suite 4000  
Chicago, IL 60654

For Professional Services Rendered Through June 30, 2015  
Re: General/Costs  
Q & B Matter Number: 155696.00006

| | | |
|---|---|---|
| Current Disbursements: | $ | 186.50 |
| Current Total Due: | $ | 186.50 |
| **TOTAL AMOUNT DUE:** | **$** | **186.50** |

EXHIBIT B

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino, Trustee for Ch. 7 Bankruptcy Jolanta Wiatrowska  
RE: General/Costs  
Q & B Matter Number: 155696.00006  

July 22, 2015  
Invoice Number: 2073853  
Page 2  

**DISBURSEMENTS:**

| | | | |
|---|---|---|---|
| 09/10/14 | Paid To U.S. Bankruptcy Clerk Fee for filing Motion to Sell Vehicle | $ | 176.00 |
| | Copy charges | | 10.50 |
| | Total Disbursements: | $ | 186.50 |
| | Total Fees and Disbursements: | $ | 186.50 |

## BIOGRAPHICAL INFORMATION

**Philip V. Martino** is a partner at Quarles & Brady.  He graduated from the American University, Washington, D.C. (B.S.B.A. 1979), and the Syracuse College of Law (J.D., *magna cum laude*, 1982).  Mr. Martino's hourly billing rate for fiscal year 2013 was $565.00; since fiscal year 2014 his hourly billing rate has been $630.00.

**Sarah K. Baker** is an associate in the Q&B bankruptcy group in Chicago.  She received her B.A. from the University of Illinois in 2002, and her J.D. from William and Mary School of Law in 2006.  Ms. Baker is a member of the Pennsylvania and Illinois bars.  Her hourly billing rate for fiscal year 2013 was $345.00; 2014 fiscal year is $365.00; and her current hourly billing rate is $375.00.

**Colleen A. Greer** is a legal project assistant.  Ms. Greer graduated from Northern Michigan University (B.S., *magna cum laude*, 1981), and has worked with Mr. Martino on trustee matters for about 24 years.  Her hourly billing rate is $175.00.

**STATE OF ILLINOIS** )
                     ) SS
**COUNTY OF COOK**   )

I, Philip V. Martino, on oath, state as follows:

1. I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for Debtor.

2. This affidavit is submitted in support of the First and Final Application for Allowance of Compensation for Q&B (the "**Application**").

3. In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

4. In the ordinary course of Q&B's business, the information on the timesheets is optically scanned and entered into Q&B's computer system.

5. In the ordinary course of Q&B's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

6. In the ordinary course of Q&B's business, the billing partner reviews the pro forma.

7. In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

8. I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

9. I personally reviewed the pro formas for this estate and am familiar with Q&B's efforts in connection with the instant bankruptcy proceeding.

QB\35852574.1

10. I have reviewed Exhibit A to the Application, and it is based upon documents as aforesaid, which are made in the ordinary course of Q&B's business and it is part of the ordinary course of Q&B's business to prepare such documents.

11. To the best of my knowledge, the information set forth on Exhibits A and B and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.