JANET S. BAER

**UNITED STATES BANKRUPTCY COURT**

NORTHERN DISTRICT OF ILLINOIS

CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WIATROWSKA, JOLANTA | § | Case No. 14-22453 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/15/2015 in Courtroom 615,

　　　　　　　　　　United States Bankruptcy Court
　　　　　　　　　　219 South Dearborn
　　　　　　　　　　Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/06/2015　　　　　　　　　　By: Clerk of the Bankruptcy Court
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Bankruptcy Court


*PHILIP V. MARTINO*
*300 N LASALLE ST SUITE 4000*
*CHICAGO, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WIATROWSKA, JOLANTA | § | Case No. 14-22453 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,500.00 |
| and approved disbursements of | $ | 80.00 |
| leaving a balance on hand of[1] | $ | 5,420.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: PHILIP V. MARTINO | $ 1,300.00 | $ 0.00 | $ 1,300.00 |
| Attorney for Trustee Fees: QUARLES & BRADY LLP | $ 2,500.00 | $ 0.00 | $ 2,500.00 |
| Attorney for Trustee Expenses: QUARLES & BRADY LLP | $ 186.50 | $ 0.00 | $ 186.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,986.50 |
| Remaining Balance | $ 1,433.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,605.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CERASTES, LLC | $ 12,238.34 | $ 0.00 | $ 255.72 |
| 000002 | Quantum3 Group LLC as agent for | $ 11,280.24 | $ 0.00 | $ 235.70 |
| 000003 | Capital One Bank (USA), N.A. | $ 17,792.76 | $ 0.00 | $ 371.78 |
| 000004 | PNC BANK N.A. | $ 11,220.84 | $ 0.00 | $ 234.45 |
| 000005 | Premier Bankcard/Charter | $ 869.36 | $ 0.00 | $ 18.17 |
| 000006 | Capital Recovery V, LLC | $ 5,174.71 | $ 0.00 | $ 108.12 |
| 000007 | PYOD, LLC its successors and assigns as | $ 8,124.33 | $ 0.00 | $ 169.76 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | PYOD, LLC its successors and assigns as | $ 848.88 | $ 0.00 | $ 17.73 |
| 000009 | Synchrony Bank | $ 1,056.25 | $ 0.00 | $ 22.07 |

|  | Total to be paid to timely general unsecured creditors | $ 1,433.50 |
|---|---|---|
|  | Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
                                    Trustee

*PHILIP V. MARTINO*
*300 N LASALLE ST SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 14-22453-JSB
Jolanta Wiatrowska                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: adragonet          Page 1 of 2            Date Rcvd: Aug 06, 2015
                              Form ID: pdf006          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2015.
db            +Jolanta Wiatrowska,    6348 Washington,    Chicago Ridge, IL 60415-1577
22056886      +CAP ONE,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
22056885     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:  CAP ONE,    PO BOX 85520,    Richmond, VA 23285)
22056884      +Caliber Home Loan,    PO Box 24610,    Oklahoma City, OK 73124-0610
22176060       Caliber Home Loans, Inc.,    c/o Manley Deas Kochalski LLC,    P.O. Box 165028,
                Columbus, OH 43216-5028
22337816       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC 28272-1083
22056887      +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
22056889      +Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
22056891      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
22377424      +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
22056893      +PNC Bank,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
22056894      +THD/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22270771      +E-mail/Text: bncmail@w-legal.com Aug 07 2015 00:24:56     CERASTES, LLC,
                C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
22560729       E-mail/PDF: rmscedi@recoverycorp.com Aug 07 2015 00:30:34      Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
22056890      +E-mail/Text: creditonebknotifications@resurgent.com Aug 07 2015 00:24:05     Credit One Bank NA,
                PO Box 98875,    Las Vegas, NV 89193-8875
22056892      +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2015 00:30:30      GECRB/Care Credit,
                950 Forrer Blvd,    Dayton, OH 45420-1469
22585577      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 07 2015 00:30:18
                PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
22607290      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 07 2015 00:30:18
                PYOD, LLC its successors and assigns as assignee,    of FNBM, LLC,    Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
22545497      +E-mail/Text: csidl@sbcglobal.net Aug 07 2015 00:25:17     Premier Bankcard/Charter,
                PO Box 2208,    Vacaville, CA 95696-8208
22302748       E-mail/Text: bnc-quantum@quantum3group.com Aug 07 2015 00:24:30
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
22614745       E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2015 00:30:44      Synchrony Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22056888*     +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2015 at the address(es) listed below:
          Hanna   Kayali    on behalf of Debtor Jolanta  Wiatrowska hannakayali1@gmail.com
          Keith  Levy    on behalf of Creditor   Caliber Home Loans, Inc. amps@manleydeas.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Philip V Martino, ESQ   on behalf of Trustee Philip V Martino, ESQ philip.martino@quarles.com
          Philip V Martino, ESQ    philip.martino@quarles.com,
           pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com

```
District/off: 0752-1          User: adragonet              Page 2 of 2            Date Rcvd: Aug 06, 2015
                              Form ID: pdf006              Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Philip V Martino, ESQ    on behalf of Attorney    Quarles & Brady LLP philip.martino@quarles.com, pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
          Sarah   Baker    on behalf of Trustee Philip V Martino, ESQ sarah.baker@quarles.com, stella.love@quarles.com

                                                                                                                   TOTAL: 7