JANET S. BAER

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WIATROWSKA, JOLANTA | § | Case No. 14-22453 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 35.00                              Assets Exempt: 6,100.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  1,433.50          Claims Discharged
                                                     Without Payment:  120,692.21

Total Expenses of Administration:  4,066.50

---

3) Total gross receipts of $ 5,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 5,500.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 73,661.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,066.50 | 4,066.50 | 4,066.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 93,751.00 | 68,605.71 | 68,605.71 | 1,433.50 |
| **TOTAL DISBURSEMENTS** | $ 167,412.00 | $ 72,672.21 | $ 72,672.21 | $ 5,500.00 |

   4) This case was originally filed under chapter 7 on 06/16/2014 . The case was pending for 17 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 11/04/2015       By:/s/PHILIP V. MARTINO
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2010 TOYOTA COROLLA 50K MILES, BODY DAMAGE | 1129-000 | 5,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Caliber Home Loan PO Box 24610 Oklahoma City, OK 73124 | | 73,661.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 73,661.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

Case 14-22453    Doc 37    Filed 11/25/15    Entered 11/25/15 10:41:42    Desc Main
                            Document      Page 4 of 10

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO, TRUSTEE | 2100-000 | NA | 1,300.00 | 1,300.00 | 1,300.00 |
| ASSOCIATED BANK | 2600-000 | NA | 80.00 | 80.00 | 80.00 |
| QUARLES & BRADY LLP | 3110-000 | NA | 2,500.00 | 2,500.00 | 2,500.00 |
| QUARLES & BRADY LLP | 3120-000 | NA | 186.50 | 186.50 | 186.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,066.50 | $ 4,066.50 | $ 4,066.50 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CAP ONE 26525 N Riverwoods Blvd Mettawa, IL 60045 | | 13,219.00 | NA | NA | 0.00 |
| | Chase PO Box 15298 Wilmington, DE 19850 | | 16,138.00 | NA | NA | 0.00 |
| | Chase PO Box 15298 Wilmington, DE 19850 | | 10,187.00 | NA | NA | 0.00 |
| | Credit One Bank NA PO Box 98875 Las Vegas, NV 89193 | | 801.00 | NA | NA | 0.00 |
| | GECRB/Care Credit 950 Forrer Blvd Dayton, OH 45420 | | 5,101.00 | NA | NA | 0.00 |
| | THD/CBNA PO Box 6497 Sioux Falls, SD 57117 | | 8,074.00 | NA | NA | 0.00 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 17,272.00 | 17,792.76 | 17,792.76 | 371.78 |
| 000006 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 5,174.71 | 5,174.71 | 108.12 |
| 000001 | CERASTES, LLC | 7100-000 | NA | 12,238.34 | 12,238.34 | 255.72 |
| 000004 | PNC BANK N.A. | 7100-000 | 10,869.00 | 11,220.84 | 11,220.84 | 234.45 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | PREMIER BANKCARD/CHARTER | 7100-000 | 810.00 | 869.36 | 869.36 | 18.17 |
| 000007 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 8,124.33 | 8,124.33 | 169.76 |
| 000008 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 848.88 | 848.88 | 17.73 |
| 000002 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 11,280.00 | 11,280.24 | 11,280.24 | 235.70 |
| 000009 | SYNCHRONY BANK | 7100-000 | NA | 1,056.25 | 1,056.25 | 22.07 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 93,751.00 | $ 68,605.71 | $ 68,605.71 | $ 1,433.50 |

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-22453 JSB | Judge: JANET S. BAER | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | WIATROWSKA, JOLANTA | | Date Filed (f) or Converted (c): | 06/16/14 (f) |
| | | | 341(a) Meeting Date: | 08/06/14 |
| For Period Ending: | 11/04/15 | | Claims Bar Date: | 11/10/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6348 WASHINGTON CHICAGO RIDGE IL 60415 | 35.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND | 200.00 | 0.00 | | 0.00 | FA |
| 3. TCF CHECKING #7282 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. GENERAL ITEMS OF HOUSEHOLD GOODS AND FURNISHINGS | 200.00 | 0.00 | | 0.00 | FA |
| 5. GENERAL ITEMS OF WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 6. 2010 TOYOTA COROLLA 50K MILES, BODY DAMAGE  Debtor is making 11 payments of $500 each. Final Payment due August 2015 | 4,500.00 | 5,500.00 | | 5,500.00 | FA |
| TOTALS (Excluding Unknown Values) | $6,135.00 | $5,500.00 | | $5,500.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TDR to be filed 10/16/15

Initial Projected Date of Final Report (TFR): 01/31/15    Current Projected Date of Final Report (TFR): 03/31/16

/s/   PHILIP V. MARTINO
_____   Date: 11/04/15
PHILIP V. MARTINO

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-22453 -JSB |
| Case Name: | WIATROWSKA, JOLANTA |
| Taxpayer ID No: | *******3224 |
| For Period Ending: | 11/04/15 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9978 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 09/26/14 | 6 | Jolanta Wiatrowska Money Order | First Payment for Totoya Corolla | 1129-000 | 500.00 | | 500.00 |
| C 10/21/14 | 6 | Jolanta Wiatrowska Helena Wiatrowska | Payment | 1129-000 | 500.00 | | 1,000.00 |
| C 11/12/14 | 6 | Jolanta and Helena Wiatrowska | Payment on Vehicle | 1129-000 | 500.00 | | 1,500.00 |
| C 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,490.00 |
| C 12/11/14 | 6 | Postal Money Order Jolanta Wiatrowska | Payment for Corolla | 1129-000 | 500.00 | | 1,990.00 |
| C 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,980.00 |
| C 01/13/15 | 6 | Jolanta and Helena Wiatrowska | Payment on Vehicles | 1129-000 | 500.00 | | 2,480.00 |
| C 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,470.00 |
| C 02/13/15 | 6 | Jolanta Wiatrowska | Payment on Vehicles | 1129-000 | 500.00 | | 2,970.00 |
| C 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,960.00 |
| C 03/18/15 | 6 | Jolanta Wiatrowska Money Order | Payment for Corolla | 1129-000 | 500.00 | | 3,460.00 |
| C 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,450.00 |
| C 04/16/15 | 6 | Jolanta Wiatrowska | Payment on Vehicle | 1129-000 | 500.00 | | 3,950.00 |
| C 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,940.00 |
| C 05/11/15 | 6 | Jolanta Wiatrowska Helena Wiatrowska | Payment on Vehicle | 1129-000 | 500.00 | | 4,440.00 |
| C 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,430.00 |
| C 06/09/15 | 6 | Jolanta Wiatrowska Helena Wiatrowska | Payment on Vehicle | 1129-000 | 500.00 | | 4,930.00 |
| C 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,920.00 |
| C 07/10/15 | 6 | Jolanta Wiatrowska Helena Wiatrowska | Final Payment | 1129-000 | 500.00 | | 5,420.00 |
| C 09/18/15 | 005001 | Philip V. Martino, Trustee | Trustee Compensation | 2100-000 | | 1,300.00 | 4,120.00 |
| C 09/18/15 | 005002 | QUARLES & BRADY LLP | Attorney for Trustee Fees (Trustee | | | 2,686.50 | 1,433.50 |
| | | | Page Subtotals | | 5,500.00 | 4,066.50 | |

Ver: 19.00

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-22453 -JSB | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | WIATROWSKA, JOLANTA | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9978 Checking Account |
| Taxpayer ID No: | *******3224 | | | |
| For Period Ending: | 11/04/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Fees           2,500.00 | 3110-000 | | | |
| | | | Expenses       186.50 | 3120-000 | | | |
| C  09/18/15 | 005003 | CERASTES, LLC<br>C O WEINSTEIN, PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000001, Payment 2.08950% | 7100-000 | | 255.72 | 1,177.78 |
| C  09/18/15 | 005004 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000002, Payment 2.08949%<br>(2-1) Unsecured Debt | 7100-000 | | 235.70 | 942.08 |
| C  09/18/15 | 005005 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000003, Payment 2.08950%<br>(3-1) Modified on 9/2/14 to correct<br>creditor's name/Phone call to debtor's attorney,<br>potential DBA on claim, update docket if appropriate.<br>Spoke to Alex. (AD) | 7100-000 | | 371.78 | 570.30 |
| C  09/18/15 | 005006 | PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Claim 000004, Payment 2.08942%<br>(4-1) COLLATERAL = UNSECURED<br>ASSET<br>(4-1) SUBMITTED BY JBORKEY 4722 | 7100-000 | | 234.45 | 335.85 |
| C  09/18/15 | 005007 | Premier Bankcard/Charter<br>PO Box 2208<br>Vacaville, CA 95696 | Claim 000005, Payment 2.09004% | 7100-000 | | 18.17 | 317.68 |
| C  09/18/15 | 005008 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000006, Payment 2.08939%<br>(6-1) CARECREDIT/GECRB | 7100-000 | | 108.12 | 209.56 |
| C  09/18/15 | 005009 | PYOD, LLC its successors and assigns as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services | Claim 000007, Payment 2.08953% | 7100-000 | | 169.76 | 39.80 |

Page Subtotals         0.00         1,393.70

Ver: 19.00

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-22453 -JSB | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | WIATROWSKA, JOLANTA | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9978 Checking Account |
| Taxpayer ID No: | *******3224 | | |
| For Period Ending: | 11/04/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  09/18/15 | 005010 | PO Box 19008<br>Greenville, SC 29602<br>PYOD, LLC its successors and assigns as assignee<br>of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000008, Payment 2.08863% | 7100-000 | | 17.73 | 22.07 |
| C  09/18/15 | 005011 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000009, Payment 2.08947%<br>(9-1) Lowe's Business Revolving or GEMB or GECRB | 7100-000 | | 22.07 | 0.00 |

```
                                        COLUMN TOTALS                  5,500.00      5,500.00        0.00
                                        Less:  Bank Transfers/CD's        0.00          0.00
* Reversed                              Subtotal                       5,500.00      5,500.00
t Funds Transfer                        Less:  Payments to Debtors                       0.00
C Bank Cleared                          Net                            5,500.00      5,500.00
```

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********9978 | 5,500.00 | 5,500.00 | 0.00 |
| | 5,500.00 | 5,500.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        39.80

Ver: 19.00

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*